```
1   SEYFARTH SHAW LLP
    Christian J. Rowley (SBN 187293)
2   crowley@seyfarth.com
    Michael A. Wahlander (SBN 260781)
3   mwahlander@seyfarth.com
    Ian T. Long (SNB 290975)
4   itlong@seyfarth.com
    560 Mission Street, 31st Floor
5   San Francisco, California 94105
    Telephone:    (415) 397-2823
6   Facsimile:    (415) 397-8549

7   SEYFARTH SHAW LLP
    Sophia S. Kwan (SBN 257666)
8   skwan@seyfarth.com
    400 Capitol Mall, Suite 2350
9   Sacramento, California 95814-4428
    Telephone:    (916) 448-0159
10  Facsimile:    (916) 558-4839

11  Attorneys for Defendants
    AARON'S, LLC and THE AARON'S COMPANY, INC.
12
    THE NOURMAND LAW FIRM, APC
13  Michael Nourmand, Esq. (SBN 198439)
    James A. De Sario, Esq. (SBN 262552)
14  8822 West Olympic Boulevard
    Beverly Hills, California 90211
15  Telephone:    (310) 553-3600
    Facsimile:    (310) 553-3603
16
    Attorneys for Plaintiff
17  ALEXUS DEERING
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXUS DEERING, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON'S, LLC, a Georgia limited liability company; THE AARON'S COMPANY, INC., a Georgia corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:21-CV-01797-JAM-AC<br><br>**JOINT STIPULATION TO SUBMIT PLAINTIFF'S INDIVIDUAL CLAIMS TO ARBITRATION AND DISMISS THIS ACTION; ORDER**<br><br>[28 U.S.C. §§ 1332(b)(2), 1446, 1453]<br><br>[San Joaquin County Superior Court Case No. STK-CV-UOE-2021-8005]<br><br>Date Action Filed: August 26, 2021 |

Plaintiff ALEXUS DEERING ("Plaintiff") and Defendants AARON'S, LLC and THE AARON'S COMPANY, INC. ("Defendants") (together, the "Parties") by and through their respective counsel of record, herein stipulate as follows:

WHEREAS, on August 26, 2021, Plaintiff filed a Class Action Complaint for Damages and Restitution ("Complaint") in the Superior Court of the State of California, County of San Joaquin entitled *Alexus Deering, on behalf of herself and all other persons similarly situated v. Aaron's LLC, a Georgia limited liability company; The Aaron's Company, Inc., a Georgia corporation; and DOES 1 through 100, inclusive*, Case Number STK-CV-UOE-2021-8005;

WHEREAS, on September 30, 2021, Defendants removed this case to the United States District Court for the Eastern District of California under the Class Action Fairness Act, codified at 28 U.S.C. section 1332(d)(2) ("CAFA");

WHEREAS, on October 18, 2021, Defendants notified Plaintiff's counsel that Plaintiff signed an arbitration agreement requiring that her claims be arbitrated on an individual basis with the American Arbitration Association (*see* **Exhibit A**);

WHEREAS, in light of the arbitration agreement, Plaintiff wishes to dismiss this action and pursue arbitration of her individual claims;

NOW, THEREFORE, the Parties STIPULATE AND REQUEST as follows:

1. Plaintiff's individual claims, as alleged in the Complaint, shall be submitted to arbitration pursuant to the Parties' arbitration agreement (*see* Exhibit A);

2. Plaintiff's class allegations in the Complaint—and thus this action in its entirety—be dismissed without prejudice.

IT IS SO STIPULATED.

DATED:  November 15, 2021

SEYFARTH SHAW LLP

By: */s/ Michael A. Wahlander*
    Christian J. Rowley
    Sophia S. Kwan
    Michael A. Wahlander
    Ian T. Long

Attorneys for Defendants
AARON'S, LLC and THE AARON'S COMPANY, INC.

DATED:  November 15, 2021

THE NOURMAND LAW FIRM, APC

By */s/ James A. De Sario*
    Michael Nourmand
    James A. De Sario

Attorneys for Plaintiff
ALEXUS DEERING

Signature Attestation: I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED:  November 15, 2021

By:  */s/ Michael A. Wahlander*

## ORDER

The Court, having received the Joint Stipulation To Submit Plaintiff's Individual Claims To Arbitration And Dismiss This Action ("Joint Stipulation"), and good cause appearing therein, orders as follows:

1. Plaintiff's individual claims, as alleged in the Complaint, shall be submitted to arbitration pursuant to the Parties' arbitration agreement (*see* Exhibit A to the Joint Stipulation);

2. Plaintiff's class allegations in the Complaint—and thus this action in its entirety—shall be, and the same hereby are, DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

DATED:  November 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE